UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREEM BYNUM, an individual, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 1:13-CV-00185-SEB-DKL |
| vs. | )<br>) |
| WASHINGTON PLAZA ASSOCIATES, L.P., an Indiana Limited Partnership, | )<br>)<br>) |
| Defendant. | )<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,                                   Respectfully Submitted,

By: */s/ Eric C. Bohnet*                                      By: */s/ Donald D. Levenhagen*
    **KU & MUSSMAN, P.A.**                                **LANDMAN & BEATTY, LLP**
    *Attorney for Plaintiff*                                   *Attorneys for Defendant*
    Eric C. Bohnet, Esq.                                       Donald D. Levenhagen, Esq.
    Attorney No. 24761-84                                   Attorney No. 10327-49
    Attorney at Law                                             1150 Market Square Center
    6617 Southern Cross Drive                              151 North Delaware Street
    Indianapolis, Indiana 46237                            P.O. Box 44953
    Tel: (317) 750-8503                                         Indianapolis, IN 46244
    ebohnet@gmail.com                                      Tel: (317) 236-1040
                                                                                            dlevenhagen@landmanbeatty.com